BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**THORNDAL ARMSTRONG, PC**
1100 E. Bridger Avenue
Las Vegas, NV 89101
Tel: (702) 366-0622
Fax: (702) 366-0327
email: bsd@thorndal.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE GIROUARD, an individual,<br><br>Plaintiff<br><br>vs.<br><br>WALMART TRANSPORTATION, LLC, a foreign corporation; WALMART, INC. dba WALMART, a foreign corporation; ROBERT WILLIAMS MENDOZA, an individual; DOES I through XV; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants | CASE No.: 2:23-cv-00674-CDS-EJY<br><br>**Stipulation and Order to Dismiss Without Prejudice the Allegations of Punitive Damages Contained in Plaintiff's Complaint** |

By and through their respective counsel of record, Plaintiff, Darlene Girouard, and Defendants, Walmart Transportation, LLC, Walmart, Inc dba Walmart and Robert Williams Mendoza, stipulate as follows:

1) That plaintiff's claim for punitive damages as referenced in Paragraphs 30 and 31 of the complaint ("maliciousness, wanton and willfulness") and the Prayer for Relief, Paragraph 3 ("For punitive damages, if applicable.") and Paragraph 4 ("For exemplary damages in excess of $15,00.00") be dismissed without prejudice; and

2) That this stipulation does not affect any of the remaining claims being brought by the plaintiff or any defenses thereto.

Dated this 10th day of May, 2023

**THORNDAL ARMSTRONG, PC**

By:_____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
1100 E. Bridger Avenue
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email: bsd@thorndal.com

Attorneys for Defendants

Dated this 11th day of May, 2023

**CLEAR COUNSEL LAW GROUP**

/s/ *Scott A. Flinders*

By:_____
Scott A. Flinders, Esq. (6975)
1671 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
(702) 476-5900, Telephone
(702) 924-0709, Facsimile
sflinders@clearcounsel.com

Attorneys for Plaintiff

## Order

IT IS SO ORDERED.

_____
United States District Judge
Dated: May 11, 2023