BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**THORNDAL ARMSTRONG, PC**
1100 E. Bridger Avenue
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email: bsd@thorndal.com

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE GIROUARD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART TRANSPORTATION, LLC, a foreign corporation; WALMART, INC. dba WALMART, a foreign corporation; ROBERT WILLIAMS MENDOZA, an individual; DOES I through XV; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00674-CSD-EJY<br><br>**Stipulation and Proposed Order to Extend Discovery**<br><br>**(Third Request)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case sixty (60) days from the current deadline of June 17, 2024 up to and including August 16, 2024. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

1. On March 20, 2023, Plaintiff filed her Complaint in the Eighth Judicial District Court of Nevada.

1

2. On March 22, 2023, Defendants, Walmart Transportation, LLC and Walmart, Inc. dba Walmart were served and on April 1, 2023, Robert Williams Mendoza was served.

3. On April 28, 2023, Defendants removed this action to the United States District Court, District of Nevada.

4. On May 11, 2023, Defendants filed their Answers and Jury Demands.

5. On May 16 2023, Defendants filed their Statement Regarding Removal, pursuant to the Court's May 1, 2023 Minute Order.

6. On May 18, 2023, the parties held their FRCP 26(f) conference.

7. On May 30, 2023, Plaintiff served her Initial Rule 26(f) Disclosures.

8. On May 31, 2023, the parties submitted their Joint Status Report.

9. On June 13, 2023, Defendants served their Initial Rule 26(f) Disclosures.

10. On June 14, 2023, Defendants served their First Set of Requests for Production of Documents upon Plaintiff.

11. On June 14, 2023, Defendants served their First Set of Interrogatories upon Plaintiff.

12. On July 7, 2023, Defendants served their First Supplemental Rule 26(f) Disclosures.

13. On July 28, 2023, Plaintiff served her First Supplemental Rule 26(f) Disclosures.

14. On July 28, 2023, Plaintiff served her Answers to Defendants First Set of Interrogatories.

15. On July 28, 2023, Plaintiff served her Responses to Defendants First Set of Requests for Production of Documents.

16. On August 14, 2023, Plaintiff provided Defendants with a HIPAA consent allowing for release of medical records from 2017 to present.

17. On August 15, 2023, Defendant subpoenaed medical records from Steinberg Diagnostic Medical Imaging, Radar Medical Group, Centennial Surgery Center, David

Oliveri, M.D., Las Vegas Neurosurgery, Orthopedic & Rehabilitation, Centennial Spine & Pain, Desert Radiology Solutions, UMC Quick Care Centennial and AlignMed.

18. On September 14, 2023, Defendants served their Second Supplemental Rule 26(f) Disclosures.

19. On September 22, 2023 Plaintiff served her First Set of Interrogatories to Defendant Walmart, Inc.

20. On September 22, 2023 Plaintiff served her First Set of Interrogatories to Defendant Walmart Transportation, LLC.

21. On September 22, 2023, Plaintiff served her First Set of Interrogatories to Defendant Robert William Mendoza.

22. On September 22, 2023, Plaintiff served her First Set of Requests for Production of Documents to Defendant Robert William Mendoza.

23. On September 22, 2023, Plaintiff served her First Set of Requests for Production of Documents to Defendant Walmart, Inc.

24. On September 22, 2023, Plaintiff served her First Set of Requests for Production of Documents to Defendant Walmart Transportation, LLC.

25. On October 30, 2023, Defendants served their Third Supplemental Rule 26(f) Disclosures.

26. On November 3, 2023, Defendant Robert Mendoza served his Reponses to Plaintiff's Request for Production of Documents to Plaintiff.

27. On November 27, 2023, Defendants served their Fourth Supplemental Rule 26(f) Disclosures.

28. On December 14, 2023, Defendants served their Fifth Supplemental Rule 26(f) Disclosures.

3

29. On December 18, 2023, Defendants served their Sixth Supplemental Rule 26(f) Disclosures.

**30.  On December 19, 2023, Defendants served their Seventh Supplemental Rule 26(f) Disclosures.**

**31.  On January 5, 2024, Defendants served their Eighth Supplemental Rule 26(f) Disclosures.**

**32.  On February 29, 2024, Howard Tung, M.D. performed a FRCP 35 Evaluation of Mrs. Girouard, however, his report has not yet been completed.**

### Discovery Remaining

1. The parties will continue participating in written discovery.

2. Defendants will take the deposition of Plaintiff.

3. Plaintiff will take the deposition of Defendants.

4. The parties may take the depositions of any and all other witnesses garnered through discovery.

5. Expert retention.

6. Plaintiff has requested an inspection of the tractor-trailer involved in the accident. While the trailer is available, the tractor is no longer in the Walmart fleet. Walmart is in the process of locating that equipment so it can be made available at a mutually convenient time and location for an inspection.

### Why Remaining Discovery Has Not Been Completed

1. This request for an extension of time is sought for the following reasons, neither of which are merely for delay or any other improper purpose:

**2.  As noted in the third request to extend discovery, Walmart has been attempting to locate the tractor involved in the subject accident for an inspection by the plaintiff. Because the tractor is no longer in Walmart's fleet and cannot be located, the parties**

4

**have stipulated that an exemplar vehicle may be used for the inspection. The inspection will be set for April, 2024.**

3. **Defendants' counsel has a firm trial setting on March 18, 2024 that is expected to last for three weeks in the Eighth Judicial District Court, Dept. 4 in *Kathleen Jehorek v. Phillips Crane Service, LLC, Case No. A-19-792801-C.***

4. Accordingly, the parties herein request a 90-day extension of all discovery deadlines, and respectfully submit good cause exists for the same.

| Scheduled Event | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Final date to amend pleadings or add parties | Closed | Closed |
| Initial Expert Disclosures | April 5, 2024 | June 5, 2024 |
| Rebuttal Expert Disclosures | May 6, 2024 | July 5, 2024 |
| Discovery Cut-Off | June 17, 2024 | August 16, 2024 |
| Final Date for Dispositive Motions | July 15, 2024 | September 13, 2024 |
| Joint Proposed Pre-Trial Order | September 16, 2024 or 30 days after resolution of dispositive motions | November 15, 2024, or 30 days after resolution of dispositive motions |

. . .

. . .

. . .

. . .

. . .

5

The parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline of June 17, 2024 up to and including August 16, 2024, and the other dates as outlined in accordance with the table above.

DATED this 5th day of March, 2024.                   DATED this 5th day of March, 2024.

THORNDAL ARMSTRONG, PC                         CLEAR COUNSEL LAW GROUP

By:_____          By:__//Scott A. Flinders, Esq.//_____
BRUCE SCOTT DICKINSON, ESQ.                    Scott A. Flinders, Esq. (6975)
Nevada Bar No. 002297                          1671 W. Horizon Ridge Parkway, Suite 200
1100 E. Bridger Avenue                         Henderson, Nevada 89012
Las Vegas, NV 89101                            T: (702) 476-5900/ F: (702) 924-0709
TEL: (702) 366-0622 / FAX: (702) 366-0327      sflinders@clearcounsel.com
bsd@thorndal.com                               Attorneys for Darlene Girouard
Attorneys for Defendants

**Order**

**IT IS SO ORDERED.**

Dated this 5th day of March, 2024.

_____
United States Magistrate Judge