UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Darlene Giroud,

    Plaintiff

v.

Walmart Transportation, LLC, et al.,

    Defendants

Case No.: 2:23-cv-00674-CDS-EJY

**Order Regarding Stipulation of the Parties**

[ECF No. 32]

The parties stipulate and agree that:

> any decision and resulting arbitration award reached by the Arbitrator in the NICOLE LOPEZ matter [*Nicole Lopez v. Robert Williams Mendoza, et al.*, A-24-888846-C], and any verdict that may be rendered in a subsequent Short Trial or any other jury proceeding will not be binding on and therefore have no force or effect on the proceedings in the instant matter.

ECF No. 32. Absent any explanation, it is unclear whether the stipulation—which is already an agreement between the parties—also truly needs to be a court order. Thus the court declines to convert it into an order. The parties' stipulation can simply be treated as a binding contract between its signatories and be made part of the record. The Clerk of Court is kindly directed to terminate the stipulation (ECF No. 32).

Dated: December 23, 2024

_____
Cristina D. Silva
United States District Judge