Jared R. Richards, Esq. (11254)
Scott A. Flinders, Esq. (6975)
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
jared@clearcounsel.com
sflinders@clearcounsel.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DARLENE GIROUARD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART TRANSPORTATION, LLC, a foreign corporation; WALMART, INC. dba WALMART, a foreign corporation; ROBERT WILLIAMS MENDOZA, an individual; DOES I through XV; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00674-CDS-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STRIKE [DOC. NO. 38]** |

The Parties to this matter, by and through their attorneys of record, hereby stipulate and request that the time for Plaintiff to file her Response to Defendants' Motion to Strike (Doc. No. 38), be continued from May 28, 2025 to June 4, 2025.

**IT IS SO STIPULATED.**

DATED May 27, 2025.
CLEAR COUNSEL LAW GROUP

*/s/ Scott A. Flinders*
Scott A. Flinders, Esq. (6975)
1671 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
*Attorneys for Darlene Girouard*

DATED May 27, 2025.
THORNDAL ARMSTRONG, PC

Bruce Scott Dickinson, Esq. (2297)
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**Dated**: May 27, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**