BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
TEL: (702) 366-0622
FAX: (702) 366-0327
email: bsd@thorndal.com
email: aec@thorndal.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE GIROUARD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART TRANSPORTATION, LLC, a foreign corporation; WALMART, INC. dba WALMART, a foreign corporation; ROBERT WILLIAMS MENDOZA, an individual; DOES I through XV; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00674-CDS-EJY<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Darlene Girouard, and Defendants, Walmart Transportation, LLC, Walmart, Inc. dba Walmart, and Robert Williams Mendoza, by and through their counsel of record, that the above-

...

...

entitled action be dismissed with prejudice, each party to bear their own costs and fees.

DATED this 14 day of October, 2025.

**CLEAR COUNSEL LAW GROUP**

By: _____
Jared R. Richards, Esq. (11254)
Scott A. Flinders, Esq. (6975)
1671 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
T: (702) 476-5900/ F: (702) 924-0709
jared@clearcounsel.com
sflinders@clearcounsel.com

Attorneys for Darlene Girouard

DATED this 14th day of October, 2025.

**THORNDAL ARMSTRONG, PC**

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
TEL: (702) 366-0622
bsd@thorndal.com

Attorneys for Defendants

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: October 21, 2025

Submitted by:

**THORNDAL ARMSTRONG, PC**

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101

Attorneys for Defendants

2